**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| COMMON CAUSE GEORGIA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:18-CV-05102-ELR |
| | * | |
| BRIAN KEMP, in his official capacity | * | |
| as Secretary of State of Georgia, | * | |
| | * | |
| Defendant. | * | |
| | * | |

_____

**O R D E R**

_____

After a review of this case, the Court finds that it is related to Curling v. Kemp, 1:17-cv-02989-AT, as indicated on Plaintiff's civil cover sheet. [Doc. 1-1]. Accordingly, the Court **DIRECTS** the Clerk to reassign this case to Judge Amy Totenberg.

**SO ORDERED**, this 6th day of November, 2018.

Eleanor L. Ross
United States District Judge
Northern District of Georgia