# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| COMMON CAUSE GEORGIA, as an organization, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRIAN KEMP, in his official capacity as Secretary of State of Georgia, )<br>)<br>Defendant. ) | Civil Action<br><br>File No. 1:18-CV-05102-AT |

## NOTICE OF FILING OF DECLARATION OF CHRIS HARVEY

COMES NOW Defendant Brian Kemp and hereby files the attached Declaration of Chris Harvey in support of Defendant's Brief in Opposition to Plaintiff's Motion for a Temporary Restraining Order and Expedited Discovery.

This 8th day of November, 2018.

                */s/ Josh Belinfante*
                Josh Belinfante
                Georgia Bar No. 047399
                jbelinfante@robbinsfirm.com
                Ryan Teague
                Georgia Bar No. 701321
                rteague@robbinsfirm.com
                Kimberly Anderson
                Georgia Bar No. 602807
                kanderson@robbinsfirm.com

Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, NW,
Atlanta, Georgia  30318
Telephone:   (678) 701-9381
Facsimile:    (404) 856-3250

*Attorneys for Defendant*

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Notice has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this Notice has been prepared using 14-pt Times New Roman Font.

*/s/ Josh Belinfante*
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COMMON CAUSE GEORGIA, as an organization, | CIVIL ACTION FILE |
| Plaintiff, | NO. 1:18-CV-05102-AT |
| v. | |
| BRIAN KEMP, in his official capacity as Secretary of State of Georgia, | |
| Defendant. | |

## DECLARATION OF CHRIS HARVEY

Pursuant to 28 U.S.C. § 1746, CHRIS HARVEY, Elections Director in the office of the Secretary of State for the State of Georgia, declares as follows:

1. I make this Declaration in support of a response by Secretary of State Brian Kemp to a motion for a temporary restraining order in the above-styled matter of *Common Cause Georgia, v. Brian Kemp* (Civil Action No. 1:18-cv-05102-AT).

2. I have been the State of Georgia's Elections Director since July 2015. From August 2007 to July 2015, I was the Chief Investigator and Deputy Inspector General for the Secretary of State's office, investigating, amongst

- 1 -

other things, potential violation of state election law. For over a decade, I have acquired first-hand knowledge of Georgia's election processes at both the state and county level.

3. As soon as provisional ballots are submitted, county boards of registration begin the process of reviewing provisional ballots, examining information provided on documents with provisional ballots, and make a good faith effort to determine if the person was entitled to vote in the election. O.C.G.A. § 21-2-419(b).

4. County registrars have to make the determination on whether to count the provisional ballot no later than three days after the election. O.C.G.A. § 21-2-419(c)(1). UOCAVA ballots that are postmarked by election day must be returned by the same deadline to be counted. O.C.G.A. § 21-2-386(a)(1)(G).

5. If the county registrars determine the provisional ballots should be counted, they communicate that determination to the election superintendent who includes the vote in the election returns to be certified. O.C.G.A. § 21-2-419(c)(1).

6. County registrars also notify the election superintendent of provisional ballots that should not be counted because the person who submitted the provisional ballot was not timely registered and not eligible to vote in the election. O.C.G.A. § 21-2-419(c)(3).

7.     What resources county registrars use to determine whether to count provisional ballots depends on the reason the provisional ballot was necessary. The primary resource for most reasons for rejection is Georgia's voter registration system ("ENET"). Registrars can also use other resources such as paper voter registration applications and supplement documents from paper voter files. Registrars sometimes use external resources like Department of Driver's Services records and those records are accessible to registrars.

8.     In no circumstance would county registrars use Georgia's My Voter Page ("MVP") to assist in the provisional ballot counting process. MVP is merely a website to provide information to voters.

9.     ENET is separate and not connected to Georgia's electronic poll books or DRE voting machines. Several days before an election, a voter registration list is extracted from ENET and loaded onto memory cards. These memory cards are hand-delivered to county election offices and inserted into electronic poll books for election day voter check-in operations. After the election, the memory cards are removed from the electronic poll books and hand-delivered to the Secretary of State's office. The memory cards are uploaded into ENET so that voter participation will be reflected in voters' ENET records.

10.    On November 7, 2018, I requested all of the counties report to me how many provisional ballots were submitted to them in the November 6 2018

General Election. They reported that 21,190 provisional ballots were submitted throughout the state. I have prepared a report of provisional ballots from 2014, 2016, and 2018 and attached that report as Exhibit A to this Declaration.

11. Once all provisional and UOCAVA ballots have been reviewed and a determination made whether they should count or not, the results are presented to the county superintendent for certification.

12. The county superintendent then certifies the returns, no later than by the Monday following the election, and immediately transmits the returns to the Secretary of State. O.C.G.A. § 21-2-493(k). *See also* O.C.G.A. § 21-2-497(a)(4). This year, since Monday, November 12, 2018 is a federal holiday, the deadline for certification is Tuesday, November 13, 2018.

13. Timely certification is critically important because a number of other processes cannot happen until counties certify their election results. The Secretary of State cannot certify results until all of the counties certify first. Election challenges and recount requests also require the county superintendent's to certify first. *See* O.C.G.A. §§ 21-2-495(c) and 21-2-524(a). Finally, with any potential run-off election set by law for 28 days after the election, certified results are needed in order for ballots and voting machine databases to be built for any run-off. O.C.G.A. § 21-2-501(a).

14. Early voting begins as soon as possible prior to a runoff from a general election. O.C.G.A. § 21-2-385(d)(1). Any delay in certification, even a day, will have a direct impact on the number of early voting days provided for a runoff.

15. As of the signing of this declaration, the difference between the top two candidates for Governor is 62,710 votes. Even if every provisional ballot was counted for the candidate in second place, which is highly unlikely, it would not change whom the winner is and would not force a runoff for this office. The winning candidate would still have a majority of the votes cast.

I declare under penalty of perjury that the foregoing is true and correct to the best of my ability.

Executed this 08 day of November, 2018.

_____
CHRIS HARVEY
*Elections Director, in the office of the Secretary of State for the State of Georgia*

# EXHIBIT A

|  | 2018 Provisional Ballots | 2016 Provisional Ballots | 2014 Provisional Ballots |
|---|---|---|---|
| APPLING COUNTY | 13 | 3 | 4 |
| ATKINSON COUNTY | 2 | 7 | 9 |
| BACON COUNTY | 11 | 19 | 4 |
| BAKER COUNTY | 10 | 14 | 9 |
| BALDWIN COUNTY | 16 | 22 | 10 |
| BANKS COUNTY | 4 | 5 | 1 |
| BARROW COUNTY | 9 | 1 | 9 |
| BARTOW COUNTY | 86 | 91 | 74 |
| BEN HILL COUNTY | 50 | 36 | 3 |
| BERRIEN COUNTY | 10 | 50 | 11 |
| BIBB COUNTY | 419 | 354 | 112 |
| BLECKLEY COUNTY | 5 | 12 | 5 |
| BRANTLEY COUNTY | 29 | 9 | 6 |
| BROOKS COUNTY | 69 | 87 | 31 |
| BRYAN COUNTY | 24 | 13 | 6 |
| BULLOCH COUNTY | 224 | 130 | 19 |
| BURKE COUNTY | 6 | 2 | 0 |
| BUTTS COUNTY | 0 | 4 | 0 |
| CALHOUN COUNTY | 0 | 1 | 4 |
| CAMDEN COUNTY | 11 | 48 | 9 |
| CANDLER COUNTY | 3 | 15 | 9 |
| CARROLL COUNTY | 291 | 319 | 96 |
| CATOOSA COUNTY | 40 | 24 | 16 |
| CHARLTON COUNTY | 13 | 13 | 5 |
| CHATHAM COUNTY | 329 | 224 | 100 |
| CHATTAHOOCHEE COUNTY | 34 | 6 | 2 |
| CHATTOOGA COUNTY | 34 | 24 | 7 |
| CHEROKEE COUNTY | 144 | 45 | 64 |
| CLARKE COUNTY | 198 | 239 | 186 |
| CLAY COUNTY | 2 | 4 | 1 |
| CLAYTON COUNTY | 888 | 433 | 139 |
| CLINCH COUNTY | 5 | 7 | 2 |
| COBB COUNTY | 2202 | 1565 | 1656 |
| COFFEE COUNTY | 10 | 21 | 7 |
| COLQUITT COUNTY | 17 | 21 | 6 |
| COLUMBIA COUNTY | 89 | 53 | 14 |
| COOK COUNTY | 0 | 2 | 1 |
| COWETA COUNTY | 38 | 27 | 20 |
| CRAWFORD COUNTY | 3 | 11 | 8 |
| CRISP COUNTY | 35 | 27 | 6 |
| DADE COUNTY | 13 | 5 | 13 |
| DAWSON COUNTY | 11 | 26 | 18 |

| | | | |
|---|---:|---:|---:|
| DECATUR COUNTY | 188 | 129 | 10 |
| DEKALB COUNTY | 3008 | 1159 | 1002 |
| DODGE COUNTY | 8 | 3 | 0 |
| DOOLY COUNTY | 6 | 25 | 1 |
| DOUGHERTY COUNTY | 355 | 419 | 106 |
| DOUGLAS COUNTY | 145 | 84 | 47 |
| EARLY COUNTY | 4 | 1 | 3 |
| ECHOLS COUNTY | 0 | 0 | 0 |
| EFFINGHAM COUNTY | 8 | 13 | 17 |
| ELBERT COUNTY | 79 | 80 | 14 |
| EMANUEL COUNTY | 15 | 38 | 6 |
| EVANS COUNTY | 2 | 0 | 1 |
| FANNIN COUNTY | 23 | 24 | 8 |
| FAYETTE COUNTY | 81 | 85 | 31 |
| FLOYD COUNTY | 200 | 200 | 119 |
| FORSYTH COUNTY | 90 | 207 | 83 |
| FRANKLIN COUNTY | 3 | 1 | 2 |
| FULTON COUNTY | 3670 | 2528 | 3573 |
| GILMER COUNTY | 39 | 15 | 16 |
| GLASCOCK COUNTY | 2 | 0 | 0 |
| GLYNN COUNTY | 183 | 163 | 56 |
| GORDON COUNTY | 127 | 104 | 44 |
| GRADY COUNTY | 20 | 33 | 9 |
| GREENE COUNTY | 15 | 30 | 24 |
| GWINNETT COUNTY | 2427 | 2347 | 1702 |
| HABERSHAM COUNTY | 9 | 14 | 50 |
| HALL COUNTY | 370 | 136 | 71 |
| HANCOCK COUNTY | 14 | 14 | 20 |
| HARALSON COUNTY | 4 | 21 | 5 |
| HARRIS COUNTY | 47 | 34 | 33 |
| HART COUNTY | 14 | 6 | 0 |
| HEARD COUNTY | 8 | 2 | 1 |
| HENRY COUNTY | 339 | 446 | 136 |
| HOUSTON COUNTY | 150 | 301 | 89 |
| IRWIN COUNTY | 22 | 26 | 3 |
| JACKSON COUNTY | 59 | 68 | 44 |
| JASPER COUNTY | 62 | 6 | 2 |
| JEFF DAVIS COUNTY | 0 | 2 | 1 |
| JEFFERSON COUNTY | 45 | 58 | 26 |
| JENKINS COUNTY | 26 | 38 | 3 |
| JOHNSON COUNTY | 0 | 0 | 1 |
| JONES COUNTY | 16 | 3 | 8 |
| LAMAR COUNTY | 64 | 48 | 14 |
| LANIER COUNTY | 5 | 9 | 4 |

| County | | | |
|---|---|---|---|
| LAURENS COUNTY | 41 | 9 | 15 |
| LEE COUNTY | 19 | 13 | 11 |
| LIBERTY COUNTY | 10 | 34 | 6 |
| LINCOLN COUNTY | 4 | 5 | 15 |
| LONG COUNTY | 10 | 26 | 12 |
| LOWNDES COUNTY | 1174 | 1387 | 746 |
| LUMPKIN COUNTY | 47 | 41 | 30 |
| MACON COUNTY | 0 | 0 | 0 |
| MADISON COUNTY | 4 | 8 | 7 |
| MARION COUNTY | 0 | 2 | 0 |
| MCDUFFIE COUNTY | 3 | 0 | 11 |
| MCINTOSH COUNTY | 3 | 15 | 12 |
| MERIWETHER COUNTY | 26 | 8 | 2 |
| MILLER COUNTY | 23 | 8 | 1 |
| MITCHELL COUNTY | 18 | 21 | 7 |
| MONROE COUNTY | 10 | 18 | 23 |
| MONTGOMERY COUNTY | 0 | 0 | 0 |
| MORGAN COUNTY | 14 | 7 | 9 |
| MURRAY COUNTY | 0 | 0 | 0 |
| MUSCOGEE COUNTY | 352 | 364 | 169 |
| NEWTON COUNTY | 16 | 12 | 3 |
| OCONEE COUNTY | 23 | 25 | 14 |
| OGLETHORPE COUNTY | 2 | 8 | 9 |
| PAULDING COUNTY | 105 | 49 | 44 |
| PEACH COUNTY | 90 | 9 | 14 |
| PICKENS COUNTY | 1 | 3 | 1 |
| PIERCE COUNTY | 1 | 1 | 0 |
| PIKE COUNTY | 13 | 8 | 9 |
| POLK COUNTY | 4 | 11 | 5 |
| PULASKI COUNTY | 0 | 8 | 2 |
| PUTNAM COUNTY | 18 | 17 | 9 |
| QUITMAN COUNTY | 1 | 4 | 1 |
| RABUN COUNTY | 0 | 4 | 2 |
| RANDOLPH COUNTY | 2 | 2 | 7 |
| RICHMOND COUNTY | 272 | 252 | 108 |
| ROCKDALE COUNTY | 140 | 149 | 132 |
| SCHLEY COUNTY | 4 | 1 | 4 |
| SCREVEN COUNTY | 16 | 9 | 12 |
| SEMINOLE COUNTY | 36 | 18 | 17 |
| SPALDING COUNTY | 47 | 31 | 40 |
| STEPHENS COUNTY | 39 | 17 | 4 |
| STEWART COUNTY | 40 | 5 | 18 |
| SUMTER COUNTY | 0 | 1 | 5 |
| TALBOT COUNTY | 4 | 0 | 2 |

| | | | |
|---|---:|---:|---:|
| TALIAFERRO COUNTY | 6 | 1 | 1 |
| TATTNALL COUNTY | 18 | 14 | 13 |
| TAYLOR COUNTY | 30 | 5 | 0 |
| TELFAIR COUNTY | 2 | 1 | 3 |
| TERRELL COUNTY | 1 | 2 | 2 |
| THOMAS COUNTY | 7 | 9 | 2 |
| TIFT COUNTY | 14 | 42 | 101 |
| TOOMBS COUNTY | 13 | 2 | 11 |
| TOWNS COUNTY | 9 | 19 | 83 |
| TREUTLEN COUNTY | 4 | 18 | 7 |
| TROUP COUNTY | 685 | 667 | 112 |
| TURNER COUNTY | 11 | 14 | 9 |
| TWIGGS COUNTY | 6 | 6 | 1 |
| UNION COUNTY | 2 | 13 | 4 |
| UPSON COUNTY | 20 | 11 | 6 |
| WALKER COUNTY | 71 | 21 | 0 |
| WALTON COUNTY | 106 | 70 | 24 |
| WARE COUNTY | 14 | 14 | 1 |
| WARREN COUNTY | 4 | 3 | 3 |
| WASHINGTON COUNTY | 16 | 26 | 9 |
| WAYNE COUNTY | 15 | 17 | 2 |
| WEBSTER COUNTY | 8 | 12 | 3 |
| WHEELER COUNTY | 5 | 16 | 14 |
| WHITE COUNTY | 40 | 52 | 16 |
| WHITFIELD COUNTY | 70 | 86 | 64 |
| WILCOX COUNTY | 0 | 1 | 7 |
| WILKES COUNTY | 11 | 16 | 4 |
| WILKINSON COUNTY | 1 | 4 | 7 |
| WORTH COUNTY | 20 | 28 | 17 |
| Total Provisional Ballots | 21,190 | 16,739 | 12,151 |
| Active Registered Voters | 6,428,581 | 5,443,046 | 5,047,420 |
| Ballots Cast | 3,930,890 | 4,165,405 | 2,596,947 |
| Turnout | 61.1% | 76.5% | 51.5% |
| Provisional Ballots Compared to Ballots Cast | 0.54% | 0.40% | 0.47% |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **NOTICE OF FILING OF DECLARATION OF CHRIS HARVEY** with the Clerk of Court using the CM/ECF system, which automatically sent counsel of record e-mail notification of such filing.

This 8$^h$ day of November, 2018.

*/s/Josh Belinfante*