# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| COMMON CAUSE GEORGIA, as an organization, ) ) ) | |
| Plaintiff, ) ) | Civil Action |
| v. ) ) | File No. 1:18-CV-05102-AT |
| BRIAN KEMP, in his official capacity as Secretary of State of Georgia, ) ) ) | |
| Defendant. ) | |

## NOTICE OF FILING OF DECLARATION OF MERRITT BEAVER

COMES NOW Defendant Brian Kemp and hereby files the attached Declaration of Merritt Beaver in support of Defendant's Brief in Opposition to Plaintiff's Motion for a Temporary Restraining Order and Expedited Discovery.

This 8th day of November, 2018.

*/s/ Josh Belinfante*
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Ryan Teague
Georgia Bar No. 701321
rteague@robbinsfirm.com
Kimberly Anderson
Georgia Bar No. 602807
kanderson@robbinsfirm.com

Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, NW,
Atlanta, Georgia  30318
Telephone:   (678) 701-9381
Facsimile:    (404) 856-3250

*Attorneys for Defendant*

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Notice has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).  Specifically, this Notice has been prepared using 14-pt Times New Roman Font.

>*/s/ Josh Belinfante*
>Josh Belinfante
>Georgia Bar No. 047399
>jbelinfante@robbinsfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| COMMON CAUSE GEORGIA, as an organization, | ) ) ) | CIVIL ACTION FILE |
| Plaintiff, | ) ) ) | NO. 1:18-CV-05102-AT |
| v. | ) ) ) | |
| BRIAN KEMP, in his official capacity as Secretary of State of Georgia, | ) ) ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF MERRITT BEAVER**

Pursuant to 28 U.S.C. § 1746, MERRITT BEAVER, Chief Information Officer in the office of the Secretary of State for the State of Georgia, declares as follows:

1. I make this Declaration in support of a response by Secretary of State Brian Kemp to the motion for a temporary restraining order in the above-styled matter of Common Cause Georgia, v. Brian Kemp (Civil Action No. 1:18-cv-05102-AT).

2. I am the Chief Information Officer for the Office of the Georgia Secretary of State and have held that position since January 2014. I have over twenty-five years of experience in software and information technology with special attention to

- 1 -

information privacy. I have had numerous IT roles in the healthcare industry focused on protecting patient information, including with McKesson, GE Medical, and HealthPort. I have a Six Sigma Black Belt certification in process improvement that I earned while I was at General Electric. I have a BS in Electrical Engineering from Virginia Tech and an MBA from Keller Business School.

3. I write this affidavit to explain what the My Voter Page ("MVP") is, what Georgia's voter registration system ("ENET") is, and the important distinctions between the two applications.

4. MVP is a public website that can be used by voters to look up their publicly available voter information. From a technical standpoint, MVP is a standalone reporting application running on a hardware server. MVP is not part of the voter registration system. MVP merely reads information from a read-only file and displays it to the voter. It does not have the capability to write information to the file or anywhere else. No one has the ability to change any voter registration information through MVP, because the information that MVP accesses is just a copy of voter information.

5. Since Sunday November 4, 2018, MVP has been in "static" mode. Static mode provides additional security and allows the MVP website to run faster, providing a better user experience during high volume. While in static mode, the MVP

application is actually on server hardware in a completely different state than Georgia. For static mode, a single copy of the information MVP uses is made and used for the duration of the time MVP is in static mode. It is standard operating procedure for MVP to go into static mode before Election Day of a major election.

6. ENET is the statewide digital data record of voter registrations. ENET is a completely different application than MVP and is not even on the same hardware or operating system instance. Regularly, ENET generates a data file by creating a copy of a limited amount of voter registration information that MVP needs to work. Only the limited information MVP needs is contained in the file. Driver's License Numbers and Social Security Numbers are not on the file extract that is created for MVP. That file is picked up and placed on MVP's separate server. MVP does not have access to ENET data. MVP cannot be used to change information on ENET because the information transfers only go one way: from ENET to MVP.

7. ENET requires two-factor authentication for logging in. ENET is not accessible to the public and contains additional security measures such as disabling user accounts after unsuccessful login attempts.

8. Plaintiff completely misunderstands the relationship between MVP and ENET. Even if it was possible to technically change information displayed on MVP (which I don't believe can be done and which forensic experts say cannot be done

after conducting tests), it would be the equivalent of making a copy of a famous painting and defacing the copy. The original painting is completely intact and unchanged. Voter registration information stored in ENET would remain unchanged even if the Plaintiff could accomplish what they claim they can.

9. We use extensive security and logging for both MVP and ENET. We log all attempts to access MVP including the IP address of the person's system as well as any actions taken by the person. We have even greater security monitoring and logging of ENET. Our systems log activity continuously and flag alerts of intrusions immediately. We have received no alerts of intrusions during the period described by the Plaintiff except by white-hat actors, working with our permission, as part of contracted security services.

10. On Sunday, November 4, 2018, when we placed MVP into static mode, we also added additional security features on the MVP system.

I declare under penalty of perjury that the foregoing is true and correct to the best of my ability.

Executed this 8TH day of November, 2018.

*MERRITT BEAVER*
MERRITT BEAVER
*Chief Information Officer in the office of the Secretary of State for the State of Georgia*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **NOTICE OF FILING OF DECLARATION OF MERRITT BEAVER** with the Clerk of Court using the CM/ECF system, which automatically sent counsel of record e-mail notification of such filing.

This 8ʰ day of November, 2018.

*/s/Josh Belinfante*