# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cv-05102-AT
## Common Cause Georgia v. Kemp
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 11/08/2018.

| | |
|---|---|
| TIME COURT COMMENCED: 2:15 P.M.<br>TIME COURT CONCLUDED: 5:10 P.M.<br>TIME IN COURT: 2:55<br>OFFICE LOCATION: Atlanta | COURT REPORTER: Shannon Welch<br>CSO/DUSM: Horace Toney<br>DEPUTY CLERK: Harry Martin |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Kimberly Anderson representing Brian Kemp<br>Joshua Belinfante representing Brian Kemp<br>Bryan Tyson representing Brian Kemp<br>\*\* Myrna Perez representing plaintiff Farrah Berse representing plaintiff<br>Makiko Hiromi representing plaintiff Jody Rhode representing plaintiff |
| PROCEEDING CATEGORY: | Evidentiary Hearing(PI or TRO Hearing-Evidentiary); |
| MINUTE TEXT: | Oral argument re [15] Motion for Temporary Restraining Order. Defendants witnesses Chris Harvey and Merritt Beaver sworn and testified. Defendants exhibits 1 and 2 admitted. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |