# Exhibit A



TP@FortaliceSolutions.com     877.487.8160

**THERESA M. PAYTON**

*Payton is a passionate and results driven executive with 20+ years business and technology leadership experience. In her various roles, she has created and delivered offensive and defensive security strategies, worked to understand the voice of the customer, managed business risks, deployed successful security intelligence operations, and developed high performing organizations. Payton had the honor of serving as the first female CIO of the White House.*

### EDUCATION
- Certification in Graduate Banking Studies, The Graduate Banking School of the South, Louisiana State University
- M.S.- Management Information Systems (MIS), University of Virginia
- B.A.- Economics / Business Administration (double major) and Computer Certification, Immaculata University

### EXPERIENCE
*Fortalice Solutions, LLC, CEO and Chief Advisor, 2008 - present*
Built a unique boutique global firm self-funded to focus on Cybersecurity & Intelligence Operations. Have served Governments, Business, and Individuals successfully with a 97% rating out of 100% for customer service. Notable cases include defending a victim company from an insider threat sales of trade secrets to a Nation State organization. Fortalice efforts led to the FBI's arrest and conviction of the individual, see case United States v. Xiwen Huang.
- Founded Fortalice Solutions, LLC, a team of cybercrime fighters who have assisted countless companies with combatting large cybersecurity threats across multiple industries by advising executives of government and private sector organizations on how to build strong security postures through aggressive offensive measures, situational awareness, intelligence operations and incident response.
- Lead adversarial targeting approach for an innovative and more effective approach to risk and security assessments of security operations centers, business processes, and technology platforms. Provide actionable intelligence, automated and human curated threat feeds, red and blue team risk, security and fraud testing of organization's offensive and defensive capabilities.
- The Fortalice company, myself and my employees have received numerous accolades and recognitions.

*White House, Executive Office of the President, Chief Information Officer, 2006 - 2008*
- Set the business and technology information management strategy and direction as part of the Executive Office of the President. Provided technology advice, solutions and support for 3000+ staff at the main location and various remote locations.
- Managed $40 million capital investment budget and $20 million contracts budget and 200+ employee and vendor staff.
- Operations included information assurance and security, threat briefings on security matters related to protecting EOP data, advance and trip support, solutions deployment and support, call center, data center, network and hardware infrastructure.
- Provided guidance and support for the EOP technology council comprised of NSA/NSC, WHCA, and USSS, and Federal records management for the EOP.
- Key Accomplishment included: identified and corrected complex cyber security issues balancing offensive and defensive protection strategies with customer productivity. Established the EOP's first 24X7 Security Operations Center. Information Assurance team proactively identified a malicious email before US-CERT (Computer Emergency Readiness Team) had identified it. Implemented an overall information assurance and security plan and developed a security baseline leveraging the National Security Agency's top engineering team (Blue Team). Conducted an EOP continuity assessment and enhanced business continuity and disaster recovery plans. Updated documentation, implemented capital improvements, submitted budget request for future improvements, trained staff, and tested components of the plan in planned and surprise exercises.

*Bank of America, Divisional Chief Information Officer 2004 - 2006*
- Provided strategic and operational technology leadership to Call Center and Consumer Risk divisions, supporting over 1.8 billion customer interactions annually and a risk portfolio of roughly $3.9 billion.
- Worked with Information Security team to mitigate inherent risks across the technology platforms.
- Managed ownership expenses of $121 million, direct expense budget of $40 million, initiative budget of $14 million.
- Managed a staff of roughly 300 employees, offshore resources, and matrixed staff.
- Provided service for 63 locations across the United States and India with 32 IVR platforms, 5 middleware environments, seven desktop platforms with 40+ applications, 25+ content systems, 3 PBX platforms and geographic based routing.
- Key Accomplishments included:

*CV For Theresa Payton, Current As of 2018*

**Fortalice**  TP@FortaliceSolutions.com    877.487.8160

- o Delivered successful Fleet and MBNA merger integration of customers and platforms into Bank of America systems. Business partners rated our execution accomplishments with a 4.7 out of 5.0 (exceeds expectations).
- o Established Hoshin plan (strategic plan) focused on key drivers to establish stability, reliability, speed
- o Exceeded availability goals for the call centers by 3Q, 2005.
- o Raised Consumer Risk availability at or above 4 Sigma for 7 of 12 months.
- o Evaluated the nationwide and global operations.
- o Updated existing security, business continuity and disaster recovery plans to reflect the increased complexity of closing and opening locations, and delivering new technology platforms.
- Call center consolidation work resulted in $3.1MM in annualized business unit savings. Reduced Consumer Risk expenses by $2MM annualized. Functional changes in the Integrated Voice Response Unit resulted in improved productivity and $35MM annualized savings.
- Established a cross-functional innovation lab using an idea-test-execution and Design of Experiment process which delivered non-tech and technology solutions. Three ideas led to adoption and improved information security (gel boards), call reductions (client education), and handle time (dual monitors).

*First Union / Wachovia (Now Wells Fargo), Various Business & Technology Management Roles, 1995 – 2004*
- Provided strategic and operational technology leadership to the Internet channel for E-Commerce and traditional lines of business with a total cost of ownership over $100MM. Implemented key security protocols to protect the online channel.
- Developed cross channel opportunities to leverage people, process and technology with ContactCenter.
- Led the Small Business and Retail Internet technology team of employees, vendors, and offshore resources.
- Managed quality metrics, testing center of excellence, vendor management, development and support, protection of customer information, and legal requirements for bank regulators and the FBI.
- Led the technology vision, development and support for online banking, billpay, alert services, inbound email, online enrollments and account opening, check image, e-statements, message center, customer profiles, aggregation, search engine wireless, portal, links to third party providers, segmentation strategies and emerging strategies.
- Presented business planning and technology-focused workshops nationally to business owners, including members of NAWBO (National Assoc. of Women Business Owners) at regional and national meetings.

*Barnett Bank (Now Bank of America), Various Business & Technology Lead Roles, 1990 - 1995*
- Division Manager (10 FTE / $2.0 MM budget), Commercial and Consumer Credit Division
- Systems Manager (4 FTE / $0.5 MM budget), Commercial and Consumer Credit Division
- Sr. Business Consultant / Analyst for Retail, Small Business and End User Computing Divisions

*CV For Theresa Payton, Current As of 2018*

# Fortalice

TP@FortaliceSolutions.com    877.487.8160

### PUBLICATIONS / MEDIA
- Deputy Director of Intelligence for the CBS Reality Show, "Hunted"
- Co-author of "Privacy in the Age of Big Data" (Featured on Jon Stewart's The Daily Show) and Co-author of "Protecting Your Internet Identity: Are you Naked Online?" (Featured on KatieCouric)
- Various OpEds in newspapers and guest on various TV and radio shows including: BBC UK; PBS; CNBC; MSNBC News; CBS Morning News Show; CBS Nightly News; Today Show; Good Morning America; Various Fox News and Fox Business News TV & Radio appearances; Canada Radio & TV; Ireland Radio; and CCTV-America.

### SAMPLE OF AWARDS
- Named the Number 4 of the Top 50 Global Cybersecurity Professionals by IFSEC
- Awarded the FBI Directors Award for NC
- Southeastern Region's Finalist for Entrepreneur of the Year for Ernst and Young
- Enterprising Women of the Year from Women in Business (2 years in a row)
- Named Top 5 Most Innovative Security Company in D.C./MD/VA area
- Named one of Information Security's Rising Stars & Hidden Gems - Tripwire, Inc
- Women of Distinction in Science, Technology, Engineering, and Math (STEM) - GirlScouts
- Security Magazine's 25 Most Influential Security Professionals
- Top 50 Entrepreneurs of Charlotte and Top 3 Social Media Winner - Charlotte Business Journal
- Mecklenburg County's 50 Most Influential Women and Charlotte's Women in Business Award
- Women in Business Award from the Charlotte Business Journal

### CURRENT COMMUNITY SERVICE
- Board of Trustees, Immaculata University
- Board of Advisors Carolina Piedmont Community College
- Board of Advisors for EPRI
- VP-Emeritus of the FBI Infragard of NC
- Pro Bono training, work, and fund raising for NCMEC (National Center for Missing and Exploited Children)
- Established first ever cybersecurity camp for high school students through the FBI Infragard program
- Fundrasier for the Semper Fi fund
- Soccer Manager and Substitute Coach for daughter's teams & Advisory Board Member for Discoveries Soccer Club

*CV For Theresa Payton, Current As of 2018*