IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Common Cause Georgia, as an organization,<br><br>    Plaintiff,<br><br>    v.<br><br>Brian Kemp, in his official capacity as Secretary of State of Georgia,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:18-CV-05012-AT<br><br>   The Honorable Amy Totenberg |

## DECLARATION OF KEVIN MORRIS

I, Kevin T. Morris, hereby declare as follows:

1. My name is Kevin T. Morris, and I am a researcher on the Voting Rights and Elections team at the Brennan Center for Justice at New York University School of Law, which serves as Plaintiff's counsel in this case.

2. I have a bachelor's degree in economics, and 5 years of experience doing quantitative analysis as a researcher at the Brennan Center, the Port Authority of New York and New Jersey, and the U.S. Federal Reserve Bank.

3. In my role at the Brennan Center, I regularly research and analyze voter registration rolls and data in states across the country. I recently co-wrote the Brennan Center's report, *Purges: A Growing Threat to the Right to Vote*, which

1

contained a great deal of statistical analysis of voter registration data from many states, including Georgia.

4. In order to provide Michael McDonald, expert witness for the Plaintiff, with the data needed for him to prepare his declaration, I combined the data set forth in Exhibit A to Chris Harvey's Declaration (Doc. No. 33) with data downloaded from the Defendant Secretary of State's website into a "comma-separated values" or ".csv" file.

5. I did not alter any of the data from either source. I simply copied and pasted the numbers into the .csv format it in order allow for manipulation and analysis by Dr. McDonald.

6. The data provided to Dr. McDonald as to total number of ballots cast in each county was the number reported on the Secretary of State's website as of the early afternoon of November 8, 2018. It appears that in recent hours, the data from a very small number of counties has changed slightly.

7. Additionally, my colleague Myrna Pérez, told me that in the Court room Defendant has suggested that the increases in the percentage of all ballots cast that were cast as provisional ballots (hereinafter the "provisional ballot rate") during the 2018 general election might be explained by the fact that there were extended voting hours in some counties.

8. According to my review of the data contained in Mr. Harvey's declaration, the data downloaded from the Defendant Secretary of State's website, and press reports as to where those extended hours occurred, it is not reasonable to conclude that the increase in the provisional ballot rate is attributable to those extended hours.

9. According to my review of public reports, there were only extended hours in two counties: Fulton and Gwinnett.

10. The provisional ballot rates in those two counties did not increase substantially in the 2018 election.

11. In Fulton County, there were:

    a. 3,573 provisional ballots cast in 2014 out of a total of 269,841 ballots cast. This represents a provisional ballot rate of 1.32 percent.

    b. 2,528 provisional ballots cast in 2016 out of a total of 441,262 ballots cast. This represents a provisional ballot rate of 0.57 percent.

    c. 3,670 provisional ballots cast in 2018 out of a total of 421,929 ballots cast. This represents a provisional ballot rate of 0.87 percent.

12. In Gwinnett County, there were:

    a. 1,702 provisional ballots cast in 2014 out of a total of 200,721 ballots cast. This represents a provisional ballot rate of 0.85 percent.

    b. 2,347 provisional ballots cast in 2016 out of a total of 332,149 ballots cast. This represents a provisional ballot rate of 0.71 percent.

    c. 2,427 provisional ballots cast in 2018 out of a total of 313,049 ballots cast. This represents a provisional ballot rate of 0.76 percent.

13. This means that there was a decrease of 0.45 percentage points in Fulton County's provisional ballot rate between 2014 and 2018, and an increase of 0.3 percentage points between 2016 and 2018.

14. There was a decrease of 0.09 percentage points in Gwinnett County's provisional ballot rate between 2014 and 2018, and an increase of 0.05 percentage points between 2016 and 2018.

15. Both of these increases are smaller than the statewide average increases of .07 and .14 percentage points, respectively, during these same time periods.

16. Therefore, the increase in the provisional ballot rate that Dr. McDonald describes in his declaration cannot be explained by the extended hours in Fulton and Gwinnett Counties.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 9, 2018.

_____
Kevin Morris