FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 0 8 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

COMMON CAUSE GEORGIA, as an organization,

    Plaintiff,

v.

BRIAN KEMP, in his official capacity as Secretary of State of Georgia,

    Defendant.

Case No. 18-cv-05102-AT

## NOTICE OF APPEARANCE OF JODY M. RHODES

Pursuant to Local Rule 83.1, Jody M. Rhodes of the law firm of DLA Piper LLP (US) hereby respectfully enters her appearance as counsel of record for Common Cause Georgia in the above-captioned action. Ms. Rhodes respectfully requests that all future correspondence, pleadings, orders, notices, and other filing in this action be sent to her at the address listed below.

Dated: November 8, 2018

                              Respectfully Submitted,

                              DLA PIPER LLP (US)

                              By: /s/ Jody M. Rhodes
                              Jody M. Rhodes
                              Georgia Bar No. 429346
                              DLA PIPER, LLP (US)

One Atlantic Center
1201 West Peachtree Street NW,
Suite 2800
Atlanta, GA 30309-3450
Phone: 404-736-7800
Fax: 404-682-7800
Jody.Rhodes@dlapiper.com
*Attorney for Plaintiff Common Cause Georgia*

## CERTIFICATE OF COMPLIANCE

Pursuant to Northern District of Georgia Local Rule 7.1D, the undersigned counsel for Plaintiff hereby certifies that the above and foregoing Notice of Appearance is a computer document prepared in Times New Roman (14 point) font in accordance with Local Rule 5.1B.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed this document with the Clerk of the District Court, and the CM/ECF system will send notification of such filing to all attorneys of record.

Dated:     November 8, 2018

By: /s/ Jody M. Rhodes