IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Common Cause Georgia, as an organization,<br><br>Plaintiff,<br><br>v.<br><br>Brian Kemp, in his official capacity as Secretary of State of Georgia,<br><br>Defendant. | No. 1:18-cv-05102-AT<br><br>The Honorable Amy Totenberg |

## DECLARATION OF RUDOLPH C. RICHTER

I, RUDOLPH C. RICHTER, declare as follows:

1. I am over the age of 18. I am a US citizen by birth. I have never been declared legally incompetent. I have not been convicted of a crime of moral turpitude. I am not incarcerated. I have a valid Georgia Drivers' license.

2. I live at 170 Buckthorn Court Roswell, GA 30076. I have lived here for 17 years. I have been registered to vote during that entire time.

3. I first registered to vote in Atlanta some decades ago. I am currently a regular voter and rarely miss federal elections. My polling place has been the same. I don't remember the precise name, but it is a part of Roswell United Methodist Church.

1

4. Voting is important to me because it determines what goes in this country.

5. I will vote in future elections because I care about the future of the country.

6. I very much wanted to cast a ballot that counts in the 2018 November elections in Georgia. I organized my work schedule so that I could vote during the early voting period.

7. Because I am a regular voter, I did not check my voter registration status on the Secretary of State's website.

8. I attempted to vote on the first day of early voting at my regular polling place, which I think is called Roswell United Methodist Church.

9. The lines were long. The poll workers were flustered. They were having a hard time dealing with the questions and frustrations of the voters. It was taking a very long time to process each individual voter. Voters were frustrated because the polling place was having so much trouble. The computers used to check people in were failing in that the sought information could not be received.

10. I was informed by a poll worker I could not vote because I was not a registered voter. I protested for at least five minutes, causing the line to get even longer.

11. Very dejected and surprised, I left the polling place with nothing.

12. My wife told me I should have been offered a provisional ballot by the poll workers. I was not. My wife told me to call Election Protection, the non-partisan voter protection hotline. I did. I was given the advice to return with documentation.

13. I returned to vote a few days later at the same polling location. I brought both my drivers' license and my Fulton County vehicle registration receipt with my address on it. I waited in line for about 45 minutes. When I got to the check-in desk and gave my name and presented the ID I had, I was told I could not vote because I was not registered.

14. I asked for and received a provisional ballot. I do not believe I would have gotten one if I had not asked. But I got nothing else.

15. I spoke with my wife right afterwards and she told me, because she had learned through Election Protection, that I should have received information that would have told me how to cure my provisional ballot and check to see if my provisional ballot was counted. I did not receive that information.

16. I called Election Protection and Fulton County Election Board. Election Protection told me to mail in my identification. Fulton County told me it

did not matter what I did because according to their records I was not registered and therefore my provisional ballot would not count.

17. I was extraordinarily upset because I had gone to so much trouble to vote a ballot that would count. My right to vote is precious to me and I really wanted to have a voice in this election. Even if my registration troubles were fixed in the future, I would lose my voice as a voter and it could not be regained for this particular election.

18. Before November 9, and still within my time to cure my provisional ballot, I emailed Brenda McCloud and Ralph Jones, at the Fulton County election board. I received information even more concerning than that I was not registered—there is no record of me ever having voted in Fulton County or the state of Georgia. I don't remember precisely how I was informed of this, but I think it was in an email.

19. I should not have been reflected in the voter records as unregistered. My prior voting history should not have been erased. I do not understand how the record keeping in Fulton County could be so wrong. I am a regular voter. I have voted at the same place for 17 years.

20. I am extraordinarily upset this happened. I joined Georgia Common Cause on November 10 because I learned they were part of the Election Protection

effort that had helped me earlier and because I know they are fighting for voters like me who had voter registration problems.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on November 11, 2018

Rudolph C. Richter