# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cv-05102-AT
## Common Cause Georgia v. Kemp
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Chambers on 11/14/2018.

TIME COURT COMMENCED: 12:30 A.M.
TIME COURT CONCLUDED: 2:15 P.M.    COURT REPORTER: Shannon Welch
TIME IN COURT: 00:55    DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:    Kimberly Anderson representing Brian Kemp
Joshua Belinfante representing Brian Kemp
Farrah Berse representing Common Cause Georgia
Maximillian Feldman representing Common Cause Georgia
Myrna Perez representing Common Cause Georgia
F. Sugarman representing Common Cause Georgia
William Teague representing Brian Kemp
Bryan Tyson representing Brian Kemp

PROCEEDING CATEGORY:
MINUTE TEXT:    Teleconference re [66] Order.
HEARING STATUS:    Hearing Concluded