**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |  |
|---|---|---|
| COMMON CAUSE GEORGIA, as an organization, | ) ) ) |  |
|  | ) |  |
| *Plaintiff,* | ) |  |
|  | ) ) ) ) ) |  |
| v. | ) | Case No. 18-cv-05102-AT |
|  | ) |  |
| ROBYN CRITTENDEN, in her official capacity as Secretary of State of Georgia | ) ) |  |
|  | ) ) |  |
| *Defendant.* | ) ) |  |

## <u>JOINT PROPOSED SCHEDULE</u>

The parties, having met and conferred, file this joint proposed schedule, pursuant to the Court's November 12, 2018 Order [62].

In connection with the December 4, 2018 run-off election, Defendant will substantially comply with the requirements of the Court's prior order. Defendant will:

(1) establish and publicize a free-access hotline for provisional ballot
voters to determine whether their provisional ballots were counted and, if
not, the reason why;

(2) issue to all counties substantially the same guidance regarding the
hotline that she issued in her November 14, 2018 OEB titled "Secretary
of State Public Website for Provisional Ballot Information"; and

(3) issue to all counties substantially the same guidance regarding the
counting of provisional ballots that she issued in her November 14, 2018
OEB titled "Direction to Review Provisional Ballots Coded 'PR'". This
guidance will not be limited to counties that have 100 or more
provisional ballots.

In light of these representations, Plaintiff will not seek a preliminary injunction at
this time.

The parties propose the following schedule for fact and expert discovery,
motion practice, and trial:

| | |
|---|---|
| Fact discovery deadline – | Feb. 15, 2019 |
| Plaintiff's expert reports due – | March 1, 2019 |
| Defendant's expert reports due – | March 15, 2019 |
| Parties' rebuttal expert reports due – | March 29, 2019 |

Expert depositions deadline –            April 19, 2019

Summary judgment motions due –      April 29, 2019

Summary judgment oppositions due – May 20, 2019

Summary judgment replies due –          May 27, 2019

Trial-ready date –                                July 1, 2019

The parties are exploring whether this proposed schedule will give Defendant sufficient time to comply with any resulting relief in advance of the November 2019 election, and each party reserves the right to request alterations to this schedule.

This 26th day of November, 2018.

SUGARMAN LAW LLP
By:    /s/ F. Skip Sugarman
         F. Skip Sugarman
               GA Bar No. 690773
         154 Krog St., Suite 190
         Atlanta, GA 30307
         (404) 495-4811
         skip@sugarman-law.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
         Robert A. Atkins
               (*pro hac vice*)
               NY Bar No. 2210771

Farrah R. Berse
  (*pro hac vice*)
  NY Bar No. 4129706
Makiko Hiromi
  (*pro hac vice* application pending)
  NY Bar No. 5376165
William E. Freeland
  (*pro hac vice*)
  NY Bar No. 5450648
Melina M. Meneguin Layerenza
  (*pro hac vice*)
  NY Bar No. 5559240
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
ratkins@paulweiss.com
fberse@paulweiss.com
mhiromi@paulweiss.com
wfreeland@paulweiss.com
mmeneguin@paulweiss.com

BRENNAN CENTER FOR JUSTICE AT NEW YORK
UNIVERSITY SCHOOL OF LAW
Myrna Pérez
  (*pro hac vice*)
  NY Bar No. 4874095
Lawrence D. Norden
  (*pro hac vice* application pending)
  NY Bar No. 2881464
Wendy R. Weiser
  (*pro hac vice*)
  NY Bar No. 2919595
Maximillian Feldman
  (*pro hac vice*)
  NY Bar No. 5237276
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310

perezm@brennan.law.nyu.edu
nordenl@brennan.law.nyu.edu
weiserw@brennan.law.nyu.edu
feldmanm@brennan.law.nyu.edu

*Attorneys for Plaintiff*


STATE LAW DEPARTMENT
     Christopher M. Carr
          Attorney General
          GA Bar No. 112505
     Dennis R. Dunn
          Deputy Attorney General
          GA Bar No. 234098
     Russell D. Willard
          Senior Assistant Attorney General
          GA Bar No. 760280
     40 Capitol Square, S.W.
     Atlanta, Georgia 30334
     (404) 656-3357

ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD
LLC
     Josh Belinfante
          GA Bar No. 047399
     Ryan Teague
          GA Bar No. 701321
     Kimberly Anderson
          GA Bar No. 602807
     999 Peachtree Street, N.E., Suite 1120
     Atlanta, GA 30309
     (678) 701-9381
     jbelinfante@robbinsfirm.com
     rteague@robbinsfirm.com
     kanderson@robbinsfirm.com

STRICKLAND BROCKINGTON LEWIS LLP
Brian P. Tyson
    Special Assistant Attorney General
    GA Bar No. 515411
Midtown Proscenium Suite 2200
1170 Peachtree Street N.E.
Atlanta, GA 30309
(678) 347-2200
bpt@sbllaw.net

*Attorneys for Defendant*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing JOINT PROPOSED SCHEDULE was prepared double-spaced in 14-point Times New Roman pursuant to Local Rule 5.1(C).

_/s/ F. Skip Sugarman_
F. Skip Sugarman
Sugarman Law LLP

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2018, I served the within and foregoing JOINT PROPOSED SCHEDULE with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to this matter via electronic notification or otherwise.

This 26th day of November, 2018.

_/s/ F. Skip Sugarman_
F. Skip Sugarman
Sugarman Law LLP