IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COMMON CAUSE GEORGIA, as an organization, | )<br>)<br>) |
| *Plaintiff*, | ) |
| v. | ) Case No. 18-cv-05102-AT |
| ROBYN CRITTENDEN, in her official capacity as Secretary of State of Georgia | )<br>) |
| *Defendant*. | ) |

## REVISED JOINT PROPOSED SCHEDULE

Following the November 28, 2018 telephone conference with the Court [73], the parties have conferred and jointly propose the following revised schedule for the Court's consideration:

| | |
|---|---|
| Plaintiff's expert reports due – | March 21, 2019 |
| Defendant's expert reports due – | April 18, 2019 |
| Plaintiffs' rebuttal expert reports due – | May 6, 2019 |
| Fact and expert discovery deadline – | June 7, 2019 |

1

Dispositive motions due –               July 9, 2019

Response to dispositive motions due –    July 31, 2019

Replies to dispositive motions due –     August 14, 2019

Trial-ready date –                       February 10, 2020

This 7th day of December, 2018.

    SUGARMAN LAW LLP
    By:   /s/ F. Skip Sugarman
        F. Skip Sugarman
           GA Bar No. 690773
        154 Krog St., Suite 190
        Atlanta, GA 30307
        (404) 495-4811
        skip@sugarman-law.com

    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
        Robert A. Atkins
           (*pro hac vice*)
           NY Bar No. 2210771
        Farrah R. Berse
           (*pro hac vice*)
           NY Bar No. 4129706
        Makiko Hiromi
           (*pro hac vice*)
           NY Bar No. 5376165
        William E. Freeland
           (*pro hac vice*)
           NY Bar No. 5450648
        Melina M. Meneguin Layerenza
           (*pro hac vice*)
           NY Bar No. 5559240
        1285 Avenue of the Americas
        New York, NY 10019-6064
        (212) 373-3000

ratkins@paulweiss.com
fberse@paulweiss.com
mhiromi@paulweiss.com
wfreeland@paulweiss.com
mmeneguin@paulweiss.com

BRENNAN CENTER FOR JUSTICE AT NEW YORK
UNIVERSITY SCHOOL OF LAW
    Myrna Pérez
        (*pro hac vice*)
        NY Bar No. 4874095
    Lawrence D. Norden
        (*pro hac vice* application pending)
        NY Bar No. 2881464
    Wendy R. Weiser
        (*pro hac vice*)
        NY Bar No. 2919595
    Maximillian Feldman
        (*pro hac vice*)
        NY Bar No. 5237276
    120 Broadway, Suite 1750
    New York, NY 10271
    (646) 292-8310
    perezm@brennan.law.nyu.edu
    nordenl@brennan.law.nyu.edu
    weiserw@brennan.law.nyu.edu
    feldmanm@brennan.law.nyu.edu

*Attorneys for Plaintiff*

STATE LAW DEPARTMENT
    Christopher M. Carr
        Attorney General
        GA Bar No. 112505
    Dennis R. Dunn
        Deputy Attorney General

GA Bar No. 234098
Russell D. Willard
    Senior Assistant Attorney General
    GA Bar No. 760280
40 Capitol Square, S.W.
Atlanta, Georgia 30334
(404) 656-3357

ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD LLC
    Josh Belinfante
        GA Bar No. 047399
    Ryan Teague
        GA Bar No. 701321
    Kimberly Anderson
        GA Bar No. 602807
999 Peachtree Street, N.E., Suite 1120
Atlanta, GA 30309
(678) 701-9381
jbelinfante@robbinsfirm.com
rteague@robbinsfirm.com
kanderson@robbinsfirm.com

STRICKLAND BROCKINGTON LEWIS LLP
    Brian P. Tyson
        Special Assistant Attorney General
        GA Bar No. 515411
Midtown Proscenium Suite 2200
1170 Peachtree Street N.E.
Atlanta, GA 30309
(678) 347-2200
bpt@sbllaw.net

*Attorneys for Defendant*