IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COMMON CAUSE GEORGIA, as an organization,<br><br>*Plaintiff,*<br><br>v.<br><br>ROBYN CRITTENDEN, in her official capacity as Secretary of State of Georgia<br><br>*Defendant.* | Case No. 18-cv-05102-AT |

**JOINT STIPULATION FOR EXTENSION OF TIME
FOR SERVING INITIAL DISCLOSURES**

WHEREAS, Defendant filed an Answer in this action on November 28, 2018 (ECF No. 72); and

WHEREAS, pursuant to N.D. Ga. LR 26.1(a) and Fed. R. Civ. P. 6(a)(1), the Parties' respective Initial Disclosures are therefore due on December 28, 2018; and

WHEREAS, on December 10, 2018, the Court entered a Scheduling Order (ECF No. 76) which, among other things, sets June 7, 2019 as the deadline for fact and expert discovery; and

WHEREAS, the Parties have met and conferred regarding that deadline and, in light of the forthcoming holiday period, which may delay coordination and collection of necessary information, the Parties have agreed, subject to the Court's approval, to extend the deadline for the Parties to serve their Initial Disclosures by one week to January 4, 2019; and

WHEREAS, the Parties do not believe this brief extension will impact any of the other deadlines set in the Court's Scheduling Order.

The parties stipulate and the Court hereby Orders that:

The deadline for the serving of Initial Disclosures shall be extended to January 4, 2019.

**SO ORDERED** this \_\_\_\_ day of December, 2018.

_____
HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT COURT JUDGE

This 19th day of December, 2018.

      SUGARMAN LAW LLP
By:  /s/ F. Skip Sugarman
      F. Skip Sugarman
         GA Bar No. 690773
      154 Krog St., Suite 190
      Atlanta, GA 30307
      (404) 495-4811
      skip@sugarman-law.com


PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
    Robert A. Atkins
        (*pro hac vice*)
        NY Bar No. 2210771
    Farrah R. Berse
        (*pro hac vice*)
        NY Bar No. 4129706
    Makiko Hiromi
        (*pro hac vice*)
        NY Bar No. 5376165
    William E. Freeland
        (*pro hac vice*)
        NY Bar No. 5450648
    Melina M. Meneguin Layerenza
        (*pro hac vice*)
        NY Bar No. 5559240
    1285 Avenue of the Americas
    New York, NY 10019-6064
    (212) 373-3000
    ratkins@paulweiss.com
    fberse@paulweiss.com
    mhiromi@paulweiss.com
    wfreeland@paulweiss.com
    mmeneguin@paulweiss.com

BRENNAN CENTER FOR JUSTICE
AT NEW YORK UNIVERSITY SCHOOL OF LAW
    Myrna Pérez
        (*pro hac vice*)
        NY Bar No. 4874095
    Lawrence D. Norden
        (*pro hac vice* application pending)
        NY Bar No. 2881464
    Wendy R. Weiser
        (*pro hac vice*)
        NY Bar No. 2919595
    Maximillian Feldman
        (*pro hac vice*)
        NY Bar No. 5237276
    120 Broadway, Suite 1750
    New York, NY 10271
    (646) 292-8310
    perezm@brennan.law.nyu.edu
    nordenl@brennan.law.nyu.edu
    weiserw@brennan.law.nyu.edu
    feldmanm@brennan.law.nyu.edu

    *Attorneys for Plaintiff*


STATE LAW DEPARTMENT
    Christopher M. Carr
        Attorney General
        GA Bar No. 112505
    Dennis R. Dunn
        Deputy Attorney General
        GA Bar No. 234098
    Russell D. Willard
        Senior Assistant Attorney General
        GA Bar No. 760280
    40 Capitol Square, S.W.
    Atlanta, Georgia 30334

(404) 656-3357

ROBBINS ROSS ALLOY BELINFANTE
LITTLEFIELD LLC
    Josh Belinfante
        GA Bar No. 047399
    Ryan Teague
        GA Bar No. 701321
    Kimberly Anderson
        GA Bar No. 602807
    999 Peachtree Street, N.E., Suite 1120
    Atlanta, GA 30309
    (678) 701-9381
    jbelinfante@robbinsfirm.com
    rteague@robbinsfirm.com
    kanderson@robbinsfirm.com


STRICKLAND BROCKINGTON LEWIS LLP
    Bryan P. Tyson
        Special Assistant Attorney General
        GA Bar No. 515411
    Midtown Proscenium Suite 2200
    1170 Peachtree Street N.E.
    Atlanta, GA 30309
    (678) 347-2200
    bpt@sbllaw.net

*Attorneys for Defendant*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing JOINT STIPULATION FOR EXTENSION OF TIME FOR FILING OF INITIAL DISCLOSURES was prepared double-spaced in 14-point Times New Roman pursuant to Local Rule 5.1(C).

/s/ F. Skip Sugarman
F. Skip Sugarman
Sugarman Law LLP

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2018, I served the within and foregoing JOINT STIPULATION FOR EXTENSION OF TIME FOR FILING OF INITIAL DISCLOSURES with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to this matter via electronic notification or otherwise.

This 19th day of December, 2018.

/s/ F. Skip Sugarman
F. Skip Sugarman
Sugarman Law LLP