# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| COMMON CAUSE GEORGIA, as an organization, ) ) ) Plaintiff, ) ) v. ) ) ROBYN CRITTENDEN, in her official capacity as Secretary of State of the State of Georgia, ) ) ) ) ) Defendant. | CIVIL ACTION FILE NO. 1:18-CV-05102-AT |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for Defendant hereby certifies that on January 4, 2019 the undersigned served a true and correct copy of Defendant's Initial Disclosures upon the following counsel of record via electronic delivery and U.S. mail:

> Farrah R. Berse
> Paul Weiss Rifkind Wharton & Garrison, LLP-NY
> 1285 Avenue of the Americas
> New York, NY 10019
> fberse@paulweiss.com

> Jody Marie Rhodes
> DLA Piper LLP (US)-ATL
> Suite 2800
> 1201 West Peachtree Street
> Atlanta, GA 30309-3450

Makiko Hiromi
Paul Weiss Rifkind Wharton & Garrison, LLP-NY
1285 Avenue of the Americas
New York, NY 10019-6064
mhiromi@paulweiss.com

Maximillian Feldman
Brennan Center for Justice at NYU School of Law
P.O. Box 10271
120 Broadway
Suite 1750
New York, NY 10271
max.feldman@nyu.edu

Melina Maria Meneguin Layerenza
Paul Weiss Rifkind Wharton & Garrison, LLP-NY
1285 Avenue of the Americas
New York, NY 10019-6064
mmeneguin@paulweiss.com

Myrna Perez
Brennan Center for Justice at NYU School of Law
P.O. Box 10271
120 Broadway, Suite 1750
New York, NY 10271
myrna.perez@nyu.edu

Wendy Weiser
Brennan Center for Justice at NYU School of Law
P.O. Box 10271
120 Broadway
Suite 1750
New York, NY 10271
wendy.weiser@nyu.edu

William E. Freeland
Paul Weiss Rifkind Wharton & Garrison, LLP-NY
1285 Avenue of the Americas
New York, NY 10019-6064
wfreeland@paulweiss.com

F. Skip Sugarman
Sugarman Law LLP
Suite 190
154 Krog Street
Atlanta, GA 30307
skip@sugarman-law.com

Robert A. Atkins
Paul Weiss Rifkind Wharton & Garrison, LLP-NY
1285 Avenue of the Americas
New York, NY 10019
ratkins@paulweiss.com

George Brian Spears
Law Office of Brian Spears
1126 Ponce de Leon Avenue
Atlanta, GA 30306
bspears@brianspearslaw.com

Jeanne Ellen Mirer
Mirer, Mazzocchi & Julien PLLC
150 Broadway
12th Floor
New York, NY 10038
jmirer@mmsjlaw.com

This 4th day of January, 2019.

      STATE LAW DEPARTMENT
      Christopher M. Carr
       Attorney General
       GA Bar No. 112505

Dennis R. Dunn
 Deputy Attorney General
 GA Bar No. 234098
Russell D. Willard
 Senior Assistant Attorney General
 GA Bar No. 760280
40 Capitol Square, S.W.
Atlanta, Georgia 30334

ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD LLC

/s/ Josh B. Belinfante
Josh B. Belinfante
 GA Bar No. 047399
Ryan Teague
 GA Bar No. 701321
Kimberly Anderson
 GA Bar No. 602807
500 14th Street NW
Atlanta, GA 30318
Telephone:  (678) 701-9381
Facsimile:    (404) 856-3250
jbelinfante@robbinsfirm.com
rteague@robbinsfirm.com
kanderson@robbinsfirm.com

STRICKLAND BROCKINGTON LEWIS LLP
Bryan P. Tyson
 Special Assistant Attorney General
 GA Bar No. 515411
Midtown Proscenium Suite 2200
1170 Peachtree Street N.E.
Atlanta, GA 30309
(678) 347-2200
bpt@sbllaw.net

*Attorneys for Defendant*