# Exhibit 1

| **Myrna Pérez** | | | | |
|---|---|---|---|---|
| **Description** | **Start Date** | **Time** | **Amount** | **Phase** |
| Emails with Lawrence Norden re: remedy | 11/5/2018 | 0.2 | | 1 |
| Emails with Jenny Flanagan re: complaint | 11/5/2018 | 0.2 | | 1 |
| Email with L. Norden and Wendy Weiser re: similar lawsuit in Georgia | 11/5/2018 | 0.1 | | 1 |
| Email with L. Norden and W. Weiser re: complaint | 11/5/2018 | 0.2 | | 1 |
| Email with J. Flanagan and Sara Henderson re: plaintiffs standing | 11/5/2018 | 0.1 | | 1 |
| Emails with J. Flanagan re: complaint and similar lawsuit filed | 11/5/2018 | 0.2 | | 1 |
| Email with F. Berse and M. Feldman re: drafting of statement of facts | 11/5/2018 | 0.1 | | 1 |
| Email with M. Feldman, Katelyn Dooley, and Anna Singer re: plaintiffs standing | 11/5/2018 | 0.1 | | 1 |
| Review draft complaint | 11/5/2018 | 0.2 | | 1 |
| Email with W. Weiser re: draft relief sought | 11/5/2018 | 0.1 | | 1 |
| Email with F. Berse, M. Feldman, William Freeland, Makiko Hiromi re: draft complaint | 11/5/2018 | 0.1 | | 1 |
| Email with S. Henderson re: other potential plaintiffs | 11/5/2018 | 0.1 | | 1 |
| Email with W. Freeland, F. Berse, M. Feldman, M. Hiromi, and L. Norden re: evidence for complaint | 11/5/2018 | 0.1 | | 1 |
| Email with K. Dooley and M. Feldman re: plaintiff interest for complaint | 11/5/2018 | 0.1 | | 1 |
| Email with K. Morris re: provisional ballot data for complaint | 11/5/2018 | 0.1 | | 1 |
| Email with M. Hiromi, M. Feldman, and F. Berse re: evidence for complaint | 11/5/2018 | 0.1 | | 1 |
| Email with M. Yohannes and M. Feldman re: complaint | 11/5/2018 | 0.2 | | 1 |
| Email with K. Dooley re: plaintiff interest for complaint | 11/5/2018 | 0.1 | | 1 |
| Review draft complaint and relief sought | 11/5/2018 | 0.8 | | 1 |
| Email with W. Weiser and L. Norden re: draft complaint and relief sought | 11/5/2018 | 0.1 | | 1 |
| Email with S. Henderson, J. Flanagan, and Susannah Goodman re: potential additional plaintiffs | 11/5/2018 | 0.1 | | 1 |
| Draft introduction to draft complaint | 11/5/2018 | 0.3 | | 1 |
| Emails with W. Weiser and L. Norden re: introduction of draft complaint | 11/5/2018 | 0.2 | | 1 |
| Email with M. Hiromi, F. Berse, and M. Feldman re: draft relief sought | 11/5/2018 | 0.1 | | 1 |
| Email with F. Berse re: draft complaint | 11/5/2018 | 0.1 | | 1 |
| Email with K. Morris re: draft relief sought | 11/5/2018 | 0.1 | | 1 |
| Review draft complaint | 11/5/2018 | 0.7 | | 1 |
| Emails with W. Freeland, F. Berse, M. Feldman, and M. Hiromi re: facts for draft complaint | 11/5/2018 | 0.2 | | 1 |
| Email with L. Norden and Edgardo Cortes re: draft complaint | 11/5/2018 | 0.1 | | 1 |
| Email with W. Weiser and L. Norden re: revisions to complaint | 11/5/2018 | 0.1 | | 1 |
| Emails with L. Norden re: facts for complaint | 11/5/2018 | 0.1 | | 1 |
| Email with S. Morales-Doyle, Michael. Li, Dan Weiner, M. Feldman, and K. Morris re: statistical evidence for complaint | 11/5/2018 | 0.1 | | 1 |
| Confer with M. Feldman re: revised draft complaint | 11/5/2018 | 0.1 | | 1 |
| Emails with M. Feldman re: revised relief sought | 11/5/2018 | 0.1 | | 1 |
| Email with L. Norden re: facts for complaint | 11/5/2018 | 0.1 | | 1 |
| Emails with S. Henderson, J. Flanagan, and S. Goodman re: plaintiffs interest for complaint | 11/5/2018 | 0.2 | | 1 |
| Email with W. Freeland, F. Berse, M. Feldman, and M. Hiromi re: local counsel and draft complaint | 11/5/2018 | 0.1 | | 1 |
| Email with L. Norden re: draft complaint | 11/5/2018 | 0.1 | | 1 |
| Email with L. Norden and E. Cortes re: facts in complaint | 11/5/2018 | 0.1 | | 1 |
| Email with K. Morris re: draft complaint | 11/5/2018 | 0.1 | | 1 |
| Email with L. Norden re: draft complaint | 11/5/2018 | 0.1 | | 1 |
| Email with K. Morris and M. Feldman re: methodology used for facts in complaint | 11/5/2018 | 0.1 | | 1 |
| Email with M. Feldman re: plaintiffs interest for complaint | 11/5/2018 | 0.1 | | 1 |
| Email with W. Freeland re: draft complaint | 11/5/2018 | 0.1 | | 1 |
| Emails with M. Feldman and K. Morris re: methodology used for facts in complaint | 11/5/2018 | 0.2 | | 1 |
| Review draft relief sought | 11/5/2018 | 0.3 | | 1 |
| Email with M. Feldman re: draft relief sought | 11/5/2018 | 0.2 | | 1 |
| Email with M. Feldman re: plaintiffs interest for complaint | 11/5/2018 | 0.2 | | 1 |
| Email with B. Sutherland and Ashley Wilson Clark re: draft complaint | 11/5/2018 | 0.2 | | 1 |
| Email with S. Morales-Doyle, W. Weiser, and M. Feldman re: theory for complaint | 11/5/2018 | 0.1 | | 1 |
| Email with B. Sutherland and A. Wilson Clark re: draft complaint | 11/5/2018 | 0.1 | | 1 |
| Email with W. Freeland re: local counsel and facts | 11/5/2018 | 0.1 | | 1 |
| Email with M. Feldman, W. Weiser, and S. Morales-Doyle re: draft complaint | 11/5/2018 | 0.1 | | 1 |
| Emails with W. Freeland re: draft complaint | 11/5/2018 | 0.2 | | 1 |
| Email with M. Feldman re: draft complaint | 11/5/2018 | 0.1 | | 1 |
| Email with M. Feldman, F. Berse, M. Hiromi, W. Freeland, W. Weiser, L. Norden, and E. Cortes re: draft complaint | 11/5/2018 | 0.1 | | 1 |
| Email with L. Norden, E. Cortes, and W. Weiser re: complaint review | 11/5/2018 | 0.1 | | 1 |
| Email with M. Feldman, J. Flanagan, S. Henderson, Allegra Chapman, and S. Goodman re: draft of complaint | 11/5/2018 | 0.1 | | 1 |
| Email with F. Berse, W. Freeland, M. Feldman, M. Hiromi, W. Weiser, L. Norden, E. Cortes, and R. Atkins re: review of draft complaint | 11/5/2018 | 0.1 | | 1 |
| Email with K. Morris re: methodology included in complaint | 11/5/2018 | 0.1 | | 1 |
| Email with W. Weiser and K. Morris re: statistical modeling used for complaint | 11/5/2018 | 0.1 | | 1 |
| Email with M. Feldman re: draft complaint | 11/5/2018 | 0.1 | | 1 |

| | | | |
|---|---|---|---|
| Email with W. Weiser, L. Norden, F. Berse, M. Feldman, M. Hiromi, W. Freeland, and E. Cortes re: facts for complaint | 11/5/2018 | 0.1 | 1 |
| Review draft complaint | 11/5/2018 | 0.5 | 1 |
| Email with M. Feldman re: draft complaint | 11/5/2018 | 0.1 | 1 |
| Email with L. Norden re: draft complaint | 11/5/2018 | 0.1 | 1 |
| Email with M. Yohannes re: draft complaint | 11/5/2018 | 0.1 | 1 |
| Email with J. Flanagan re: legal partners | 11/5/2018 | 0.1 | 1 |
| Email with W. Freeland re: revisions of draft complaint | 11/5/2018 | 0.2 | 1 |
| Email with F. Berse and M. Feldman re: filing of complaint | 11/5/2018 | 0.1 | 1 |
| Email with F. Berse and R. Atkins re: judge reassignment of case | 11/6/2018 | 0.1 | 1 |
| Email with L. Norden re: same | 11/6/2018 | 0.1 | 1 |
| Email with F. Berse, Christopher Campbell, and Jody Rhodes re: judge reassignment of case | 11/6/2018 | 0.1 | 1 |
| Call with court re: next steps | 11/6/2018 | 0.1 | 2 |
| Email with F. Berse re: proceedings after complaint filed | 11/6/2018 | 0.1 | 2 |
| Call with F. Berse re: next steps | 11/6/2018 | 0.1 | 2 |
| Email with F. Berse and R. Atkins re: next steps | 11/7/2018 | 0.1 | 2 |
| Email with J. Flanagan re: complaint | 11/7/2018 | 0.1 | 1 |
| Email with W. Weiser, L. Norden, and F. Berse re: similar lawsuit filed and motion for temporary restraining order | 11/7/2018 | 0.1 | 2 |
| Email with F. Berse and R. Atkins re: similar lawsuit filed | 11/7/2018 | 0.1 | 2 |
| Email with W. Weiser, L. Norden, and M. Feldman re: similar lawsuit filed and motion for temporary restraining order | 11/7/2018 | 0.1 | 2 |
| Review of relief sought in similar lawsuit filed | 11/7/2018 | 0.1 | 2 |
| Email to J. Flanagan re: similar lawsuit filed | 11/7/2018 | 0.1 | 2 |
| Call with Larry Scwartztol re: similar lawsuit filed | 11/7/2018 | 0.1 | 2 |
| Email with L. Schwartztol and W. Weiser re: motion for preliminary injunction and temporary restraining order | 11/7/2018 | 0.1 | 2 |
| Review motion for temporary restraining order | 11/7/2018 | 0.6 | 2 |
| Email with W. Weiser, L. Norden, and M. Feldman re: review of motion for temporary restraining order brief | 11/7/2018 | 0.1 | 2 |
| Email with J. Flanagan re: draft of motion for temporary restraining brief | 11/7/2018 | 0.1 | 2 |
| Email with F. Berse and M. Feldman re: draft temporary restraining order brief | 11/7/2018 | 0.1 | 2 |
| proposed order | 11/7/2018 | 0.1 | 2 |
| Email with M. Feldman and L. Norden re: revisions on motion for temporary restraining order brief | 11/7/2018 | 0.1 | 2 |
| Review draft declaration of F. Berse | 11/7/2018 | 0.2 | 2 |
| Email with F. Berse, R. Atkins, M. Hiromi, M. Feldman, W. Weiser, and L. Norden re: document requests to defendant | 11/7/2018 | 0.1 | 2 |
| Review draft motion and proposed order | 11/7/2018 | 0.4 | 2 |
| and proposed order | 11/7/2018 | 0.1 | 2 |
| Email with M. Feldman, W. Weiser, and L. Norden re: declaration | 11/7/2018 | 0.1 | 2 |
| Email with F. Berse, R. Atkins, M. Hiromi, M. Feldman, W. Weiser, and L. Norden re: review of declaration | 11/7/2018 | 0.2 | 2 |
| order | 11/7/2018 | 0.1 | 2 |
| Review motion for temporary restraining order and expedited discovery | 11/7/2018 | 0.8 | 2 |
| Email with F. Berse, R. Atkins, M. Hiromi, M. Feldman, L. Norden re: motion for temporary restraining order and expedited discovery | 11/7/2018 | 0.5 | 2 |
| Email with J. Flanagan and S. Goodman re: memo for temporary restraining order and expedited discovery | 11/7/2018 | 0.1 | 2 |
| Email with W. Weiser, F. Berse, Ms. Rhodes, M. Hiromi, C. Campbell, J. Bailey, C. Welch, M. Feldman, L. Norden, and R. Atkins re: draft of memo for temporary restraining order and expedited discovery | 11/7/2018 | 0.1 | 2 |
| Email with M. Feldman re: proposed document requests | 11/7/2018 | 0.1 | 2 |
| Email with W. Weiser re: motion for temporary restraining order | 11/7/2018 | 0.1 | 2 |
| Email with S. Henderson re: hearing | 11/7/2018 | 0.1 | 3 |
| Email with F. Berse re: motion for temporary restraining order | 11/7/2018 | 0.1 | 2 |
| Email with F. Berse, R. Atkins, L. Norden, M. Feldman, and W. Weiser re: notice of relatedness in similar lawsuit filed | 11/7/2018 | 0.1 | 1 |
| Email with W. Weiser, M. Feldman, L. Norden, and K. Morris re: hearing | 11/7/2018 | 0.1 | 3 |
| Email with F. Berse and J. Flanagan re: witness | 11/7/2018 | 0.1 | 2 |
| Email with W. Weiser and Ms. Flangan re: witness | 11/7/2018 | 0.1 | 2 |
| Email with L. Norden re: witness | 11/7/2018 | 0.1 | 2 |
| Email with L. Norden re: declaration | 11/7/2018 | 0.1 | 2 |
| Email with W. Weiser and R. Atkins re: witness | 11/7/2018 | 0.1 | 2 |
| Email with J. Flanagan regarding witness search | 11/8/2018 | 0.2 | 3 |
| Email with F. Berse regarding declaration of J. Flanagan | 11/8/2018 | 0.2 | 3 |
| Email with M. Feldman, F. Berse, W. Weiser, L. Norden, R. Atkins, and M. Hiromi regarding declaration of S. Henderson | 11/8/2018 | 0.1 | 3 |
| Email with S. Henderson, J. Flanagan, and C. Battles regarding potential witness | 11/8/2018 | 0.1 | 3 |
| Email with W. Weiser, L. Norden, J. Flanagan, S. Henderson, and C. Battles regarding witness | 11/8/2018 | 0.1 | 3 |
| Email with W. Weiser, L. Norden, and M. Feldman regarding declarations and affidavits | 11/8/2018 | 0.1 | 3 |
| Email with E. Cortes, Natalie Tennant, L. Norden, and M. Feldman regarding preparation for hearing | 11/8/2018 | 0.1 | 3 |
| Email with M. Feldman regarding standing in similar case filed | 11/8/2018 | 0.1 | 3 |
| Email with W. Weiser regarding witness search | 11/8/2018 | 0.1 | 3 |

| | | | |
|---|---|---|---|
| Emails with L. Norden and M. Feldman regarding witness search | 11/8/2018 | 0.1 | 3 |
| Email with A. Chapman regarding witnesses | 11/8/2018 | 0.1 | 3 |
| Email with S. Henderson, W. Weiser, L. Norden, M. Feldman, and J. Flanagan regarding search for witnesses and evidence | 11/8/2018 | 0.1 | 3 |
| Emails with Stephan Fee and F. Berse regarding witness search | 11/8/2018 | 0.1 | 3 |
| Email with F. Berse regarding request for expedited discovery order | 11/8/2018 | 0.1 | 2 |
| Email with M. Feldman and W. Weiser regarding revised declaration of S. Henderson | 11/8/2018 | 0.1 | 3 |
| Email with M. Feldman regarding supplemental declaration in response to temporary restraining order | 11/8/2018 | 0.1 | 3 |
| Email with S. Henderson, W. Weiser, L. Norden, M. Feldman, and J. Flanagan regarding search for witnesses | 11/8/2018 | 0.1 | 3 |
| Emails with L. Norden regarding drafting of declaration of Dan Wallach | 11/8/2018 | 0.2 | 3 |
| Email with M. Feldman and R. Atkins regarding witness | 11/8/2018 | 0.1 | 3 |
| Email with M. Hiromi regarding declarations | 11/8/2018 | 0.1 | 3 |
| Email with M. Feldman, F. Berse, and M. Hiromi regarding declaration of Joshua Geltzer | 11/8/2018 | 0.1 | 3 |
| Confer with J. Geltzer re: same | 11/8/2018 | 0.1 | 3 |
| Email with M. Hiromi regarding draft opening statement for hearing on motion for temporary restraining order | 11/8/2018 | 0.5 | 3 |
| Emails with W. Weiser and M. Hiromi regarding declaration of Harrison Wood | 11/8/2018 | 0.1 | 3 |
| Email with W. Freeland, M. Feldman, and W. Weiser regarding local counsel. | 11/8/2018 | 0.1 | 1 |
| Email with M. Feldman and F. Berse regarding brief on standing | 11/8/2018 | 0.1 | 3 |
| Emails with K. Morris and W. Weiser regarding provisional ballot data | 11/8/2018 | 0.3 | 3 |
| Review draft brief on standing | 11/8/2019 | 0.5 | 3 |
| Hearing on Motion for Temporary Restraining Order | 11/8/2018 | 3 | 3 |
| Tele confer with Michael Waldman, M. Yohannes, S. Fee, W. Weiser, L. Norden, M. Feldman, K. Morris, J. Brater, W. Freeland, M. Hiromi, E. Cortes, S. Morales-Doyle, C. Campbell, and R. Atkins | 11/8/2018 | 0.5 | 3 |
| Emails with W. Weiser, M. Feldman, and F. Berse regarding brief on standing and affidavits | 11/8/2018 | 0.2 | 4 |
| Emails with M. Feldman regarding brief on standing | 11/9/2018 | 0.4 | 4 |
| Emails consulting counsel in similar lawsuit filed | 11/9/2018 | 0.2 | 4 |
| Email with M. Yohannes, S. Morales-Doyle, and Peter Egziabher regarding evidence | 11/9/2018 | 0.1 | 4 |
| Email with W. Weiser, F. Berse, L. Norden, R. Atkins, and K. Morris regarding litigation strategy | 11/9/2018 | 0.1 | 4 |
| Emails with M. Yohannes regarding recounts | 11/9/2018 | 0.2 | 4 |
| Draft declaration of Logan Lamb | 11/9/2018 | 0.1 | 4 |
| Confer with L. Lamb re: same | 11/9/2018 | 0.2 | 4 |
| Review and revise re: same | 11/9/2018 | 0.2 | 4 |
| Emails with S. Morales-Doyle and K. Morris regarding declaration of M. McDonald | 11/9/2018 | 0.2 | 4 |
| Email with M. Yohannes regarding Georgia voter registration database | 11/9/2018 | 0.1 | 4 |
| Email with F. Berse, L. Norden, W. Weiser, and M. Feldman regarding supplemental submission | 11/9/2018 | 0.1 | 4 |
| Email with M. Yohannes regarding formatting rules for declaration | 11/9/2018 | 0.1 | 4 |
| Email with M. McDonald, K. Morris, and S. Morales-Doyle regarding court order for affidavit from a qualified statistician | 11/9/2018 | 0.1 | 4 |
| Email with J. Flanagan, W. Weiser, S. Henderson, and S. Goodman regarding potential witnesses | 11/9/2018 | 0.1 | 4 |
| Emails with F. Berse and K. Morris regarding supplemental submission | 11/9/2018 | 0.4 | 4 |
| Review declaration of K. Morris | 11/9/2018 | 0.3 | 4 |
| Confer with S. Morales-Doyle and K. Morris re: same | 11/9/2018 | 0.2 | 4 |
| Review draft supplemental submission | 11/9/2018 | 0.2 | 4 |
| Email correspondence with F. Berse, W. Weiser, L. Norden, and M. Feldman regarding affidavit of M. McDonald | 11/9/2018 | 0.1 | 4 |
| Emails with F. Berse and M. Hiromi regarding declarations of K. Morris, L. Logan, and M. McDonald | 11/9/2018 | 0.4 | 4 |
| Confer with M. McDonald and K. Morris re: same | 11/9/2019 | 0.1 | 4 |
| Emails with S. Morales-Doyle regarding Defendant's reply brief | 11/9/2019 | 0.1 | 4 |
| Emails with F. Berse, Kyle Sieber, W. Freeland, Jessica Fuhrman, M. Hiromi, R. Atkins, M. Layerenza regarding response to motion to strike affidavits | 11/9/2018 | 0.3 | 4 |
| Email with E. Cortes and L. Norden regarding motion to strike declarations | 11/9/2018 | 0.1 | 4 |
| Email with law clerk Holly Cole regarding order | 11/9/2018 | 0.1 | 4 |
| Email correspondence with W. Weiser, E. Cortes, L. Norden, and S. Morales-Doyle regarding order | 11/9/2018 | 0.1 | 4 |
| Review response to defendant's motion to strike declarations | 11/9/2018 | 0.1 | 4 |
| Tele confer with S. Morales-Doyle, M. Yohannes, S. Henderson, J. Flanagan, David Vance, and W. Weiser re: declarants | 11/9/2018 | 0.5 | 4 |
| Emails with S. Morales-Doyle regarding response to defendant's motion to strike declarations | 11/9/2018 | 0.2 | 4 |
| Emails with F. Berse regarding response to defendant's motion to strike declarations | 11/10/2018 | 0.2 | 4 |
| Email with S. Morales-Doyle regarding hearing transcript | 11/10/2018 | 0.1 | 3 |
| Email with M. McDonald regarding methodology | 11/10/2018 | 0.2 | 4 |
| Emails with F. Berse regarding supplemental declarations | 11/10/2018 | 0.2 | 4 |
| Email with S. Morales-Doyle regarding supplemental declaration of S. Henderson | 11/10/2018 | 0.1 | 4 |
| Email correspondence with S. Henderson regarding witnesses | 11/10/2018 | 0.7 | 4 |
| Email with W. Freeland regarding declaration | 11/10/2018 | 0.1 | 4 |
| Email correspondence with W. Weiser regarding witnesses | 11/10/2018 | 0.1 | 4 |
| Emails with E. Cortes, K. Morris, and S. Morales-Doyle regarding evidence for updated complaint | 11/10/2018 | 0.4 | 4 |

| Description | Date | Time | |
|---|---|---|---|
| Email with S. Morales-Doyle, F. Berse, M. Layerenza, R. Atkins, M. Hiromi, W. Freeland, K. Sieber, J. Fuhrman, M. Feldman, L. Norden, and W. Weiser regarding declaration of Rudolph Richter | 11/11/2018 | 0.3 | 4 |
| Email with F. Berse regarding supplemental declarations | 11/11/2018 | 0.2 | 4 |
| Email correspondence with F. Berse regarding defendant's supplemental submission | 11/11/2018 | 0.1 | 4 |
| Email correspondence with S. Henderson regarding defendant's submission | 11/11/2018 | 0.1 | 4 |
| Emails with S. Henderson and S. Morales-Doyle regarding witness and declaration of Eugenia Lea Willingham | 11/11/2018 | 0.3 | 4 |
| Email with J. Flanagan regarding declaration of R. Richter | 11/11/2018 | 0.1 | 4 |
| Review declaration of Eugenia Lea Willingham | 11/11/2018 | 0.1 | 4 |
| Email with F. Berse regarding declarations | 11/11/2018 | 0.3 | 4 |
| Email with local affiliate regarding declaration of R. Richter | 11/11/2018 | 0.1 | 4 |
| Email with J. Flanagan regarding temporary restraining order | 11/11/2018 | 0.1 | 4 |
| Emails with S. Henderson regarding declaration of R. Richter and E. Willingham | 11/11/2018 | 0.1 | 4 |
| Email with F. Berse, S. Henderson, and F. Sugarman regarding substitution of counsel | 11/12/2018 | 0.3 | 1 |
| Email with H. Cole regarding order | 11/12/2018 | 0.1 | 4 |
| Emails with J. Flanagan, S. Henderson, W. Weiser, L. Norden, M. Waldman, R. Atkins, and F. Berse regarding order | 11/12/2018 | 0.1 | 4 |
| | Total | 34.6 | $20,760 |

| Lawrence Norden | | | |
|---|---|---|---|
| Description | Start Date | Time | |
| Emails to M. Perez regarding remedy | 11/5/2018 | 0.4 | 1 |
| emails to E. Cortez and expert re Georgia security | 11/5/2018 | 0.2 | 1 |
| Emails to client Susannah Goodman regarding complaint | 11/5/2018 | 0.2 | 1 |
| Email to client J. Flanagan re same | 11/5/2018 | 0.1 | 1 |
| Email to M. Perez and W. Weiser regarding attorney in Georgia | 11/5/2018 | 0.1 | 1 |
| Emails to M. Perez regarding complaint | 11/5/2018 | 0.3 | 1 |
| Review draft complaint | 11/5/2018 | 0.7 | 1 |
| edits to facts in complaint | 11/5/2018 | 0.4 | 1 |
| Email to W. Freeland, F. Berse, M. Feldman, M. Hiromi, and M. Perez regarding evidence for complaint | 11/5/2018 | 0.1 | 1 |
| call with expert re Georgia security | 11/5/2018 | 0.3 | 1 |
| Email to W. Weiser and M. Perez regarding draft complaint and relief sought | 11/5/2018 | 0.1 | 1 |
| Email to S. Henderson, J. Flanagan, and S. Goodman regarding additional clients | 11/5/2018 | 0.1 | 1 |
| Draft introduction to draft complaint | 11/5/2018 | 0.2 | 1 |
| Emails to W. Weiser and M. Perez regarding introduction of draft complaint | 11/5/2018 | 0.2 | 1 |
| review of intro of draft complaint | 11/5/2018 | 0.2 | 1 |
| Emails to M. Perez and E. Cortes regarding draft complaint | 11/5/2018 | 0.1 | 1 |
| Email to M. Perez regarding facts for complaint | 11/5/2018 | 0.1 | 1 |
| Emails to M. Perez regarding draft complaint | 11/5/2018 | 0.3 | 1 |
| Email to M. Perez and E. Cortes regarding facts in complaint | 11/5/2018 | 0.1 | 1 |
| Email to E. Cortes, and W. Weiser regarding complaint review | 11/5/2018 | 0.1 | 1 |
| e-mail to W. Freedland, W. Weiser, M. Perez and other regarding facts in complaint | 11/5/2018 | 0.1 | 1 |
| email to W. Freedland re facts in complaint | 11/5/2018 | 0.1 | 1 |
| emails to W. Freedland and E. Cortez re facts in the complaint | 11/5/2018 | 0.3 | 1 |
| emails to expert re georgia security issues | 11/5/2018 | 0.3 | 1 |
| calls with expert re Georgia Security Issues | 11/5/2018 | 0.3 | 1 |
| call with W. Freedland discussing edits to complaint | 11/5/2018 | 0.3 | 1 |
| e-mails with expert re security issues in Georgia | 11/5/2018 | 0.2 | 1 |
| Review and edit temporary restraining order brief | 11/7/2018 | 0.5 | 2 |
| Emails with W. Weiser, M. Perez, and M. Feldman regarding review of temporary restraining order brief | 11/7/2018 | 0.3 | 2 |
| call with expert re Georgia security issues | 11/7/2018 | 0.3 | 2 |
| calls with D. Wallach re affidavit | 11/7/2018 | 1.5 | 2 |
| emails with D. Wallach re affidavit | 11/7/2018 | 0.3 | 2 |
| Draft of D. Wallach affidavit | 11/7/2018 | 4 | 2 |
| call with E. Cortez re temporary restratining order | 11/7/2018 | 0.2 | 2 |
| Review draft motion and proposed order | 11/7/2018 | 0.1 | 2 |
| Emails with F. Berse, R. Atkins, M. Hiromi, M. Feldman, W. Weiser, and M. Perez regarding review of declaration | 11/7/2018 | 0.2 | 2 |
| Emails with M. Hiromi, F. Berse, R. Atkins, M. Feldman, W. Weiser regarding draft of motion and proposed order | 11/7/2018 | 0.2 | 2 |
| Emails with F. Berse, R. Atkins, M. Feldman, and M. Perez regarding notice of relatedness | 11/7/2018 | 0.2 | 1 |
| Draft of D. Wallach affidavit | 11/8/2018 | 3 | 3 |
| call with fact witness re affidavit | 11/8/2018 | 0.4 | 3 |
| e-mails with M. Yohanes re affidavits | 11/8/2018 | 0.3 | 3 |
| e-mails with W. Weiser re affidavits | 11/8/2018 | 0.1 | 3 |
| call with expert re Georgia security issues | 11/8/2018 | 0.3 | 3 |
| draft of fact witness affidavit | 11/8/2018 | 1.2 | 3 |
| call with expert re Georgia security issues | 11/8/2018 | 0.3 | 3 |
| e-mail with F. Berse and M. Perez re declarations | 11/8/2018 | 0.1 | 3 |
| e-mails with M. Perez, M. Hiromi and W. Weiser re declarations | 11/8/2018 | 0.3 | 3 |

| | | | | |
|---|---|---|---|---|
| e-mails with M. Feldman re declarations | 11/8/2018 | 0.2 | | 3 |
| calls with E. Cortes re declaration | 11/9/2018 | 0.8 | | 3 |
| drafts of E. Cortes declaration | 11/9/2018 | 2.8 | | 3 |
| emails with F. Berse re Cortes Declaration | 11/9/2018 | 0.2 | | 3 |
| e-mails with K. Morris re Cortes Declaration | 11/9/2018 | 0.2 | | 3 |
| e-mails with M. Yohanes re affidavits | 11/9/2018 | 0.3 | | 3 |
| e-mails with M. Perez, W. Weiser and F. Berse re complaint | 11/9/2018 | 0.3 | | 1 |
| email to R. Atkins, W. Weiser, M. Feldman re litigation | 11/10/2018 | 0.1 | | 4 |
| email to W. Weiser, M. Perez, E. Cortes re litigation | 11/10/2018 | 0.1 | | 4 |
| | Total | 24.7 | $14,820 | |

| **Maximillian Feldman** | | | | |
|---|---|---|---|---|
| **Description** | **Start Date** | **Time** | | |
| Email correspondence with P. Dunphy regarding complaint (.1) | 11/5/2018 | 0.1 | | 1 |
| Email correspondence with M. Perez regarding complaint (.3) | 11/5/2018 | 0.3 | | 1 |
| Email correspondence with J. Brater and S. Morales-Doyle regarding complaint (.1) | 11/5/2018 | 0.1 | | 1 |
| Email correspondence with M. Perez and J. Brater and S. Morales-Doyle regarding complaint (.2) | 11/5/2018 | 0.2 | | 1 |
| Email correspondence with M. Perez and M. Yohannes regarding complaint (.1) | 11/5/2018 | 0.1 | | 1 |
| Email correspondence with M. Yohannes and K. Dooley regarding Georgia state law (.1) | 11/5/2018 | 0.1 | | 1 |
| Email correspondence with K. Dooley regarding complaint (.3) | 11/5/2018 | 0.3 | | 1 |
| Email correspondence with M. Perez and K. Morris regarding complaint (.1) | 11/5/2018 | 0.1 | | 1 |
| Email correspondence with W. Weiser, M. Perez, and S. Morales-Doyle regarding complaint (.1) | 11/5/2018 | 0.1 | | 1 |
| Email correspondence with co-counsel regarding complaint (.5) | 11/5/2018 | 0.5 | | 1 |
| Email correspondence with client regarding complaint (.1) | 11/5/2018 | 0.1 | | 1 |
| Email correspondence with K. Morris regarding complaint (.1) | 11/5/2018 | 0.1 | | 1 |
| Draft complaint and research regarding same (4.3) | 11/5/2018 | 4.3 | | 1 |
| Review Berse declaration and email correspondence with co-counsel regarding same (.1) | 11/7/2018 | 0.1 | | 1 |
| Edit TRO brief and email correspondence with M. Perez regarding same (.2) | 11/7/2018 | 0.2 | | 2 |
| Email correspondence with client regarding TRO brief (.1) | 11/7/2018 | 0.1 | | 2 |
| Email correspondence with K. Morris regarding provisional ballots (.3) | 11/7/2018 | 0.3 | | 2 |
| Email correspondence with co-counsel regarding hearing prep (.1) | 11/7/2018 | 0.1 | | 3 |
| Draft hearing prep outline (.3) | 11/7/2018 | 0.3 | | 3 |
| Email correspondence with co-counsel regarding declarations (.2) | 11/7/2018 | 0.2 | | 3 |
| Draft outline for declaration and email correspondence with co-counsel and client regarding same (1.4) | 11/7/2018 | 1.4 | | 3 |
| Email correspondence with local counsel regarding potential fact witnesses (.1) | 11/8/2018 | 0.1 | | 3 |
| Email correspondence with M. Perez regarding declaration (.1) | 11/8/2018 | 0.1 | | 3 |
| Email correspondence with L. Norden regarding Lamb declaration (.1) | 11/8/2018 | 0.1 | | 3 |
| Email correspondence with J. Brater regarding sovereign immunity (.1) | 11/8/2018 | 0.1 | | 3 |
| Email correspondence with client and W. Weiser regarding declaration (.1) | 11/8/2018 | 0.1 | | 3 |
| Email correspondence with co-counsel regarding declarations (.1) | 11/8/2018 | 0.1 | | 3 |
| Draft declarations and email correspondence with co-counsel and witnesses regarding same (1.5) | 11/8/2018 | 1.5 | | 3 |
| Email correspondence with K. Morris regarding declaration (.1) | 11/8/2018 | 0.1 | | 3 |
| Email correspondence with client regarding declaration (.1) | 11/8/2018 | 0.1 | | 3 |
| Team telephone conference regarding court hearing (.5) | 11/8/2018 | 0.5 | | 3 |
| Email correspondence with J. Brater regarding standing brief (.1) | 11/8/2018 | 0.1 | | 4 |
| Draft standing brief and email correspondence and telephone conferences with co-counsel regarding same (7.9) | 11/8/2018 | 7.9 | | 4 |
| | Total | 19.9 | $7,960 | |

| **Sean Morales-Doyle** | | | | |
|---|---|---|---|---|
| **Description** | **Start Date** | **Time** | | |
| editing complaint | 11/5/2018 | 0.2 | | 1 |
| drafting K. Morris declaration | 11/9/2018 | 0.3 | | 4 |
| confs with K. Morris re: analysis of statistical significance and election results | 11/9/2018 | 0.5 | | 4 |
| drafting M. McDonald decl | 11/9/2018 | 0.4 | | 4 |
| teleconf with clients re resp to mtn to strike | 11/9/2018 | 0.2 | | 4 |
| drafting resp to mtn to strike | 11/9/2018 | 1.5 | | 4 |
| conf with M Perez re resp to mtn to strike | 11/9/2018 | 0.2 | | 4 |
| teleconf with M Perez, Paul Weiss attorneys re plans for getting voter declarations | 11/10/2018 | 0.4 | | 4 |
| teleconf with M Perez, Paul Weiss attorneys re plans for getting voter declarations | 11/10/2018 | 0.3 | | 4 |
| teleconf with Sara Henderson re elections with close margins potentially impacted by registration issues | 11/10/2018 | 0.4 | | 4 |
| teleconf with potential fact witness re watching counts and outstanding ballots | 11/10/2018 | 0.4 | | 4 |
| drafting declaration for S. Henderson re provisional ballots being potentially outcome determinative | 11/10/2018 | 0.5 | | 4 |
| teleconfs with K. Morris re increase in absentee ballot counts | 11/10/2018 | 0.2 | | 4 |
| drafting decl for K. Morris re changes in absentee ballot counts | 11/10/2018 | 0.3 | | 4 |
| email to co-counsel attaching and explaining K. Morris declaration | 11/10/2018 | 0.1 | | 4 |
| emails with S. Henderson re decl, outstanding provisionals, and making contact with potential fact witness | 11/10/2018 | 0.2 | | 4 |

5

| | | | |
|---|---|---|---|
| emails with co-counsel re intelligence gathered on outstanding provisional ballots | 11/10/2018 | 0.2 | 4 |
| teleconf with Eugenia Willingham, witness who was purged from rolls re declaration | 11/11/2018 | 1 | 4 |
| drafting decl for E. Willingham | 11/11/2018 | 0.5 | 4 |
| email to E. Willingham attaching declaration | 11/11/2018 | 0.1 | 4 |
| drafting decl for K. Morris re changes in absentee ballot counts | 11/11/2018 | 0.2 | 4 |
| teleconf with co-counsel re plans for supplemental filings and declarations | 11/11/2018 | 0.1 | 4 |
| drafting paragraphs for supplemental standing submission | 11/11/2018 | 0.2 | 4 |
| emails to experts re Court's order | 11/12/2018 | 0.1 | 4 |
| reviewing and preparing summary of Court's ruling to share with clients and others | 11/12/2018 | 0.5 | 4 |
| | Total | 9 | $4,950 |

|         | M. Pérez    | L. Norden   | M. Feldman  | S. Morales-Doyle | Total        |
|---------|-------------|-------------|-------------|------------------|--------------|
| Phase 1 | $ 6,900.00  | $ 3,840.00  | $ 2,600.00  | $ 110.00         | $ 13,450.00  |
| Phase 2 | $ 3,480.00  | $ 4,560.00  | $ 240.00    | $ -              | $ 8,280.00   |
| Phase 3 | $ 4,620.00  | $ 6,300.00  | $ 1,920.00  | $ -              | $ 12,840.00  |
| Phase 4 | $ 5,760.00  | $ 120.00    | $ 3,200.00  | $ 4,840.00       | $ 13,920.00  |
|         |             |             |             |                  |              |
|         |             |             |             | Total:           | $ 48,490.00  |

|         | M. Pérez | L. Norden | M. Feldman | S. Morales-Doyle | Total |
|---------|----------|-----------|------------|------------------|-------|
| Phase 1 | 11.5     | 6.4       | 6.5        | 0.2              | 24.6  |
| Phase 2 | 5.8      | 7.6       | 0.6        | 0                | 14    |
| Phase 3 | 7.7      | 10.5      | 4.8        | 0                | 23    |
| Phase 4 | 9.6      | 0.2       | 8          | 8.8              | 26.6  |
|         |          |           |            |                  |       |
|         |          |           |            | Total:           | 88.2  |